IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-CV-104

| | |
|---|---|
| BONWORTH, INC., ) | |
|           **Plaintiff,** ) | |
| v. ) | ORDER |
| ) | |
| IHS CONCEPTS, INC., THE MOON'S ) | |
| CONCEPT, INC. ) | |
|           **Defendants.** ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alexander Su,** filed April 26, 2018 [doc. # 29].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Su is admitted to appear before this court *pro hac vice* on behalf of Defendants, IHS Concepts, Inc. and The Moon's Concept, Inc..

**IT IS SO ORDERED.**

Signed: April 27, 2018

*[signature]*

Graham C. Mullen
United States District Judge