## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18-CV-104

|                                              |   |           |
|----------------------------------------------|---|-----------|
| **BONWORTH, INC.,**                          | ) |           |
|                         **Plaintiff,**       | ) |           |
|                    v.                        | ) | **ORDER** |
|                                              | ) |           |
| **IHS CONCEPTS, INC., THE MOON'S**           | ) |           |
| **CONCEPT, INC.**                            | ) |           |
|                         **Defendants.**      | ) |           |
|                                              | ) |           |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Bryan King Sheldon,** filed April 26, 2018 [doc. # 30].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Sheldon is admitted to appear before this court *pro hac vice* on behalf of Defendants, IHS Concepts, Inc. and The Moon's Concept, Inc..

**IT IS SO ORDERED.**

Signed: April 27, 2018

Graham C. Mullen
United States District Judge